UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

Yoseph Aboutboul, individually and on behalf of all others similarly situated,

          Plaintiff,

So Ordered: Kiyo A. Matsumoto, USDJ
1.4.2022

Case No.: 1:21-cv-2871

-against-

LVNV Funding LLC and

Forster & Garbus LLP,

          Defendant(s).

---------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL AS TO LVNV FUNDING, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Yoseph Aboutboul and the Defendant LVNV Funding, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 4, 2022

| For Plaintiff Yoseph Aboutboul | For Defendant LVNV Funding, LLC |
|---|---|
| *s/Tamir Saland*<br>Tamir Saland<br>Stein Saks, PLLC<br>One University Plaza Suite 620<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>tsaland@steinsakslegal.com | *s/Jonathan M. Robbin*<br>Jonathan M. Robbin<br>J. Robbin Law<br>200 Business Park Suite 103<br>Armonk, NY 10504<br>Ph: (914) 685-5016<br>Jonathan.Robbin@jrobbinlaw.com |

## CERTIFICATE OF SERVICE

I certify that on January 4, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Tamir Saland*
Tamir Saland
*Attorneys for Plaintiff*
